UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lizabeth Ann Hilton v. Bayer Corporation et al* | No. 11-cv-11497-DRH |
| *Robin Hopkins v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11770-DRH |
| *Amber Huggins v. Bayer Corporation et al* | No. 10-cv-10622-DRH |
| *Casey Jackson v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12109-DRH |
| *Ashley Johnson v. Bayer Corporation et al* | No. 10-cv-11841-DRH |
| *Whtiney P. Jones v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11722-DRH |
| *Amanda Jones v. Bayer Corporation et al* | No. 10-cv-10778-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 28, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            **JUSTINE FLANAGAN,**
                                            **ACTING CLERK OF COURT**

                                            BY: /s/*Caitlin Fischer*
                                                       **Deputy Clerk**

**Dated:** July 28, 2014

Digitally signed by David R. Herndon
Date: 2014.07.28 14:13:06 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**

2